HERZLICH & BLUM, LLP
Attorneys-At-Law

27240 TURNBERRY LANE, SUITE 200
VALENCIA, CALIFORNIA 91355
Telephone (818) 783-8991

Allan Herzlich  State Bar #100920
Jerome J. Blum  State Bar #100317
Marta Roza State Bar #307206
Attorneys for Plaintiff

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: SENIK BABAKHANIAN,<br><br>　　　　Debtor. | BK NO. 1:2021-bk-11500 MT<br><br>ADV NO. 1:21-ap-01074-MT |
| FIRST DATA MERCHANT SERVICES, LLC, a Florida limited liability company,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SENIK BABAKHANIAN, an individual dba Allstate Radiator,<br><br>　　　　Defendant. | NOTICE OF ERRATA RE SUMMONS/CHANGE OF ADDRESS |

TO ALL INTERESTED PERSONS:

Due to an inadvertent error by Plaintiff's Counsel during electronic filing of the Adversary Complaint, the SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1], etc. issued by the Court and served by Plaintiff incorrectly listed Plaintiff's Counsel address in Encino.

///

-1-
COMPLAINT TO DETERMINE DEBT TO BE NON-DISCHARGEABLE

PLEASE TAKE NOTICE that counsel for Plaintiff FIRST DATA MERCHANT SERVICES, LLC moved from Encino to Valencia. The telephone number and email addresses remain the same. As such, effective immediately the address and telephone number of HERZLICH & BLUM, LLP is as follows:

> HERZLICH & BLUM, LLP
> 27240 Turnberry Lane, Suite 200
> Valencia, CA 91355
> Tel: (818) 783-8991

DATED: December 14, 2021

HERZLICH & BLUM, LLP

_____
MARTA ROZA
Attorneys for Plaintiff

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 27240 Turnberry Lane, Suite 200, Valencia CA 91355

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF ERRATA RE SUMMONS/CHANGE OF ADDRESS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 14, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Allan Herzlich**    allan@herzlich-blum.com
- **United States Trustee (SV)**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 14, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Senik Babakhanian**
5229 Balboa Blvd 30
Encino, CA 91316

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on December 14, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

- **Aris Artounians**    aris@arislawgroup.com, arislawgroup@gmail.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 14, 2021 | MARTA ROZA | *(signed)* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                  F 9013-3.1.PROOF.SERVICE