1  HERZLICH, BLUM & ROZA, LLP
   Attorneys-At-Law

2

3  27240 TURNBERRY LANE, SUITE 200
   VALENCIA, CALIFORNIA 91355
   Telephone (818) 783-8991

4

5  Allan Herzlich  State Bar #100920
   Jerome J. Blum  State Bar #100317
   Marta Roza State  Bar #307206

6  Attorneys for Plaintiff

7

8  UNITED STATES BANKRUPTCY COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| In re: SENIK BABAKHANIAN | BK NO. 1:2021-bk-11500 MT |
| Debtor. | ADV NO. 1:21-ap-01074-MT |
| FIRST DATA MERCHANT SERVICES, LLC, a Florida limited liability company, | STIPULATION TO ORDER CONTINUANCE OF PRE-TRIAL CONFERENCE DATES |
| Plaintiff, | |
| vs. | Pre-Trial Conference Scheduled For:<br>Date: June 15, 2022 |
| SENIK BABAKHANIAN, an individual dba Allstate Radiator, | Time: 11:00 a.m.<br>Place: Courtroom 302 |
| Defendant. | |

TO THE HONORABLE COURT:

The parties, by and through their respective counsel, represent as follows:

Based on this Court's previous ruling and Order dated February 25, 2022, the Pre-Trial Conference is currently set for June 15, 2022 at 11:00 A.M.

Since the February 25, 2022 Order was issued, the Parties, by and through their respective counsels of record, have met and conferred several times regarding a possible settlement of this

-1-
STIPULATION, ETC.

case and are in the process of finalizing same. The Parties have agreed to a 60-day extension of the dates in the February 25, 2022 Order, so that the Parties may continue to pursue settlement discussions and finalize same.

The Parties are desirous of continuing the dates set forth in the February 25, 2022 Order in order to promote settlement and limit attorneys' fees incurred by both Parties.

IT IS HEREBY STIPULATED by and between the Parties, as indicated by their signatures below, that, subject to Court approval, the Court's prior Order of February 25, 2022 is modified as follows:

The Order entered on February 25, 2022 shall be modified as follows:

1. Discovery cut-off /all discovery is to be completed by July 13, 2022;
2. The Pre-Trial Conference currently scheduled for June 15, 2022 is continued to August 15, 2022 at 11:00 A.M. in Courtroom 302 of the above-entitled Court, or to a date and time that is convenient for the Court.
3. The deadline for filing the pretrial stipulation under LBR 7016-1(b)(1)(A) is 14 days before pretrial conference.

DATED: May 25, 2022        HERZLICH, BLUM & ROZA, LLP

By: _____
MARTA ROZA
Attorneys for Plaintiff

DATED: May 25, 2022

By: _____
Aris Artounians
Attorney for Defendant

-2-
STIPULATION, ETC.